**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles Deangelo COMER,
Defendant–Appellant.**

**No. 01–7260.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

Charles Deangelo Comer, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Charles Deangelo Comer seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, although we grant Comer's motion to proceed on appeal in forma pauperis, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Comer,* Nos. CR–95–119; CA–01–290–1 (M.D.N.C. July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*